# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

UNITED STATES OF AMERICA,                        :

                          Government,            :         19 CR. 490 (RMB)

                                                 :

            - against -                          :         **ORDER**

                                                 :

JEFFREY EPSTEIN,                                 :

                          Defendant.             :

----------------------------------------------------------------x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 7/15/19 |

The Clerk is respectfully requested to docket the enclosed documents which were

discussed at today's bail hearing.

Dated: New York, New York
       July 15, 2019



**RICHARD M. BERMAN**
**U.S.D.J.**

SEALED DOCUMENT

*U.S. v. Jeffrey Epstein*, 19-cr-490 (RMB)

| | | Asset | | 6/30/19 Value |
|---|---|---|---|---|
| | | **ASSET SUMMARY - JUNE 30, 2019** | | |
| | | Cash | $ | 56,547,773 |
| * | | Fixed Income | $ | 14,304,679 |
| * | | Equities | $ | 112,679,138 |
| * | | Hedge Funds & Private Equity | $ | 194,986,301 |
| ** | | Properties | | |
| *** | | 9 East 71st Street, New York, NY 10021 | $ | 55,931,000 |
| | | 49 Zorro Ranch Road, Stanley New Mexico 87056 | $ | 17,246,208 |
| | | 358 El Brillo Way, Palm Beach, FL 33480 | $ | 12,380,209 |
| | | 22 Avenue Foch, Paris France 75116 | $ | 8,672,823 |
| | | Great St James Island No. 6A USVI 00802 (parcels A,B,C) | $ | 22,498,600 |
| **** | | Little St James Island No. 6B USVI 00802 (parcels A,B,C) | $ | 63,874,223 |
| | | | | |
| | | | | |
| | | | | |
| | | **Total Assets** | $ | 559,120,954 |

\*   Values reflect gross numbers that are not net of tax

\*\*   All properties are valued at assessed values as per the most recent property tax bills

\*\*\*   Note the United States Attorney's office for the Southern District of New York has stated that the value of this home is $77,000,000 as compared to the market value shown above per the June 1, 2019 property tax bill

\*\*\*\*   Note this property is valued at cost basis, however the assessment on the most recent tax bill is $4,857,500