**EDWARDS POTTINGER LLC**

| Florida Office | 425 North Andrews Avenue Suite 2 Fort Lauderdale, FL 33301 | New York Office |
|---|---|---|
| Bradley J. Edwards *◊ǂ | | J. Stanley Pottinger ‡ |
| Seth M. Lehrman *† | Telephone (954)524-2820 | † Admitted in California |
| Brittany N. Henderson *◊ | Fax (954)524-2822 | ◊ Admitted in District of Columbia |
| Matthew D. Weissing *ǂ | | * Admitted in Florida |
| | | ‡ Admitted in New York |
| | | ǂ Board Certified Civil Trial Lawyer |

October 15, 2019

**FILED VIA ECF**

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** *Katlyn Doe v. Darren K. Indyke and Richard D. Kahn as Joint Personal Representatives of the Estate of Jeffrey E. Epstein, et al.*, 1:19-cv-07771 (PKC)

Dear Judge Castel:

On September 18, 2019, counsel for Defendants authored a letter to the Court requesting approval of certain agreements that had been reached between the parties. Included in that letter was a request that the Initial Pretrial Conference be adjourned to December 13, 2019, subject to the Court's availability. On September 19, 2019, the Court Adjourned the conference from October 29, 2019 to December 5, 2019 at 11:00am. [DE 21].

Lead Trial Counsel for Plaintiff is scheduled to present as the keynote speaker at a national conference located in the Midwest on December 3 and as a presentation speaker at the same conference on December 5. The undersigned requests that the Initial Pretrial Conference be Adjourned to the date which is most convenient for the Court between December 10 and December 12.

As stated above, one previous adjournment was sought by the parties and was granted to a date in which the undersigned counsel is not available. Defendants have been apprised of the undersigned's long-standing scheduling conflict and consent to the request made herein.

Respectfully Submitted,

Bradley J. Edwards

425 North Andrews Avenue, Suite 2, Fort Lauderdale, Florida 33301
954.524.2820 office    954.524.2822 fax