UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATLYN DOE,

                *Plaintiff,*

      v.

DARREN K. INDYKE AND RICHARD D. KAHN,
AS JOINT PERSONAL REPRESENTATIVES OF
THE ESTATE OF JEFFREY E. EPSTEIN, NINE
EAST 71ST STREET, CORPORATION,
FINANCIAL TRUST COMPANY, INC., NES, LLC,
FLORIDA SCIENCE FOUNDATION, INC.,
MAPLE, INC., LSJ, LLC, HBRK ASSOCIATES,
INC., and JEGE, INC.,

                *Defendants.*

Case No. 1:19-cv-07771-PKC-DCF

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Nine East 71st Street, Corporation, Financial Trust Company, Inc., NES, LLC, Florida Science Foundation, Inc., Maple, Inc., LSJ, LLC, HBRK Associates, Inc., and JEGE, Inc. (the "Defendants") certifies that there are no parent corporations or any publicly held corporations owning 10% or more of Defendants' stock.

Dated: New York, New York
     December 19, 2019

**TROUTMAN SANDERS LLP**

By: *s/ Bennet J. Moskowitz*
    Bennet J. Moskowitz
    875 Third Avenue,
    New York, New York
    Phone    (212) 704-6000
    Fax      (212) 704-6288
    bennet.moskowitz@troutman.com

*Counsel for Defendants*