# EDWARDS POTTINGER LLC

| **Florida Office** | **425 North Andrews Avenue** | **New York Office** |
|---|---|---|
| | **Suite 2** | |
| Bradley J. Edwards *◊ⱡ | **Fort Lauderdale, FL  33301** | J. Stanley Pottinger ‡ |
| Seth M. Lehrman *ⱡ | _____ | |
| Brittany N. Henderson *◊ | Telephone (954)524-2820 | † Admitted in California |
| Matthew D. Weissing *ⱡ | Fax (954)524-2822 | ◊ Admitted in District of Columbia |
| | | * Admitted in Florida |
| | | ‡ Admitted in New York |
| | | ⱡ Board Certified Civil Trial Lawyer |

January 6, 2020

Bennet J. Moskowitz
Troutman Sanders
875 Third Avenue
New York, New York 10022
Bennet.moskowitz@troutman.com

RE:   *Katlyn Doe v. Darren K. Indyke and Richard D. Kahn, et al.*
        Case No:  1:19-cv-07771
        Consent to Re-File Plaintiff's Amended Complaint

Dear Mr. Moskowitz:

This letter is being provided for filing in compliance with the Court's Notice received this morning relating to Plaintiff's filing [DE 51] Amended Complaint.

Defendants consent to this filing, without prejudice to their rights and legal positions including their right to move to dismiss the Amended Complaint

EDWARDS POTTINGER LLC

Brad Edwards, Esq.
BJE:mwk

425 North Andrews Avenue, Suite 2, Fort Lauderdale, Florida 33301
954.524.2820 office    954.524.2822 fax