UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATLYN DOE,<br><br>      *Plaintiff*,<br><br>  v.<br><br>DARREN K. INDYKE AND RICHARD D. KAHN AS JOINT PERSONAL REPRESENTATIVES OF THE ESTATE OF JEFFREY E. EPSTEIN, FINANCIAL TRUST COMPANY, INC., NES, LLC, FLORIDA SCIENCE FOUNDATION, INC., LSJ, LLC, HBRK ASSOCIATES, INC., JEGE, INC.,<br><br>      *Defendants.* | Case No. 1:19-cv-07771-PKC-DCF |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior pleadings and proceedings in this action, Defendants will move this Court before the Hon. P. Kevin Castel, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time to be scheduled by this Court, for an Order pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure dismissing with prejudice Counts I, III-V, and VII-XI in their entirety and Counts II and VI in part, of Plaintiff Katlyn Doe's First Amended Complaint (ECF Doc. 52); and for such other and further relief as may be just and proper.

Dated: New York, New York
    February 3, 2020

               By: */s/ Bennet J. Moskowitz*
                 Bennet J. Moskowitz
                 TROUTMAN SANDERS LLP
                 875 Third Avenue
                 New York, New York 10022

                 *Attorneys for Defendants*