UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

KATLYN DOE,

              Plaintiff,

      v.

DARREN K. INDYKE AND RICHARD D.
KAHN AS JOINT PERSONAL
REPRESENTATIVES OF THE ESTATE OF
JEFFREY E. EPSTEIN, FINANCIAL TRUST
COMPANY, INC., NES, LLC, FLORIDA
SCIENCE FOUNDATION, INC., HBRK
ASSOCIATES, INC., JEGE, INC.,

              Defendants.

           Index No. 1:19-cv-07771-PKC-DCF

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## JOINT PROPOSED DISCOVERY SCHEDULE

Pursuant to the Court's Order dated January 14, 2020 and Rule 26(f)(3) of the Federal

Rule of Civil Procedure, Plaintiff Katlyn Doe and Defendants Darren K. Indyke and Richard D.

Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"), Financial

Trust Company, Inc, NES, LLC, Florida Science Foundation, Inc., HBRK Associates, Inc., and

JEGE, Inc. (together the "Corporate Defendants", and together with the Co-Executors, the

"Defendants"; and the Defendants together with the Plaintiff, the "Parties") hereby jointly submit

the following proposed discovery schedule:

1.    The Corporate Defendants[1] shall serve their initial disclosures pursuant to Rule 26(a)(1) no later than February 13, 2020;

2.    Plaintiff shall provide HIPAA-compliant medical records release authorizations to Defendants no later than 14 days from the request therefor;

---

[1] Plaintiff and the Co-Executors served their initial disclosures on January 23, 2020.

1

41356841v1

3.  The Parties shall serve initial document requests and interrogatories no later than 30 days from the Court's entry of the discovery schedule;

4.  Any motion for joinder of other parties or amendment of the pleadings shall be made no later than 45 days from the Court's entry of the discovery schedule;

5.  Fact discovery shall be completed no later than 140 days from the Court's entry of the discovery schedule;

6.  Expert disclosures and expert discovery shall be completed no later than 200 days from the Court's entry of the discovery schedule; and

7.  The Parties shall have 30 days from the service of an expert's initial report to serve a rebuttal report.

At this time, the Parties anticipate that discovery may be needed on the following subjects: (1) Mr. Epstein's alleged torts committed against Plaintiff; (2) the alleged liability of any Corporate Defendant for the alleged acts of Mr. Epstein; and (3) Plaintiff's alleged damages.

Within 14 days from the Court's entry of the discovery schedule, Defendants will provide Plaintiff with a standard, proposed electronically stored information ("ESI") protocol in order to address any issues about disclosure, discovery, or preservation of ESI, including the form or forms in which it should be produced.

Within 14 days from the Court's entry of the discovery schedule, Defendants will provide Plaintiff with a proposed protective order, with standard clawback provisions, to address any issues about claims of privilege or of protection as trial-preparation materials.

At this time, the Parties have no proposed changes to the limitations on discovery imposed by the Federal Rules of Civil Procedure or by the Local Rules of the United States District Court for the Southern District of New York.

2

With the exception of the protective order mentioned above, the Parties are not currently aware of any other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and  (c).

The Parties respectfully request that the Court enter this joint proposed discovery schedule in this matter.


Dated:  New York, New York
        February 6, 2020


By: */s/ Brad Edwards*                          By: */s/ Bennet J. Moskowitz*
    Brad Edwards                                    Bennet J. Moskowitz
    EDWARDS POTTINGER LLC                            TROUTMAN SANDERS LLP
    425 North Andrews Avenue, Suite 2                875 Third Avenue
    Fort Lauderdale, Florida 33301                   New York, New York 10022

    *Attorney for Plaintiff*                         *Attorney for Defendants*

3

41356841v1