Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

---

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

February 1, 2021

**VIA ECF**

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** *Katlyn Doe v. Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, et al.*
*No. 19-cv-07771-PKC-DF*

Dear Judge Freeman:

Pursuant to the Court's September 4, 2020 Order (ECF No. 85), Plaintiff and Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, jointly submit this status report.

Plaintiff has submitted her claim to the Epstein Victims' Compensation Program (the "Program"). Plaintiff has received an award amount and is currently considering the award. Should Plaintiff resolve her claims against Defendants via the Program, the parties will thereafter promptly discontinue this action with prejudice.

To preserve the parties' resources and in the interests of judicial economy, the parties respectfully request that this case remain stayed at this time.

Respectfully submitted,


*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz


cc: Counsel of Record (via ECF)